# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| WOOSTER INDUSTRIAL PARK, LLC, et al., | ) ) ) | CASE NO. 5:13CV2729 |
| PLAINTIFFS, | ) ) ) | JUDGE SARA LIOI |
| vs. | ) ) | |
| THE CITY OF WOOSTER, et al., | ) ) ) | **JUDGMENT ENTRY** |
| DEFENDANTS. | ) ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion, this case is dismissed. Case closed, with each party to bear its own costs.

**IT IS SO ORDERED**.

Dated: October 23, 2014

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**